# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Omar Yaseen,                                    CASE NO. 17-cv-5473 (MJD/DTS)

       Plaintiff,

v.                                                 <u>ORDER</u>

Katie Defiel, et al.,

       Defendants.

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated January 31, 2019. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED**: For the reasons set forth above, the Court ADOPTS the Report and Recommendation dated January 31, 2019 [Docket No. 64]

and Plaintiff Omar Yaseen's Motion for a Temporary Restraining Order and a Preliminary Injunction [Docket No. 46] is DENIED.

Dated: March 29, 2019
s/ Michael J. Davis
Michael J. Davis
United States District Judge